**DOCKETED**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

**04 CV 12553 RCL**

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 7 |
| ALBERT PATRICK CASIELLO ) | Case No. 01-17640 WCH |
| Debtor ) | |
| ..................................) | |
| DAVID STONE and BRISCO BALING CORP.) | |
| Plaintiffs ) | |
| ) | Adversary Proceeding |
| v. ) | No. 02-1009 |
| ) | |
| ALBERT PATRICK CASIELLO ) | |
| Defendant. ) | |
| ) | |

### DEFENDANT ALBERT P. CASIELLO'S NOTICE OF APPEAL

Albert Patrick Casiello, the defendant, appeals under 28 U.S.C. §158(a) from the Order of the bankruptcy judge denying on procedural grounds his motion for sanctions pursuant to 28 U.S.C. § 1927, entered in this adversary proceeding on the 20th day of October, 2004 (docket #109).

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Appellant    Albert Patrick Casiello

                  Blake J. Godbout, Esq.
                  BLAKE J. GODBOUT & ASSOCIATES
                  33 Broad Street, 11th Floor
                  Boston, MA 02109
                  (617) 523-6677

|   |   |
|---|---|
| Appellees | David Stone and Brisco Baling Corp. |
|   | Evans J. Carter, Esq.<br>HARGRAVES, KARB, WILCOX & GALVANI<br>550 Cochituate Road<br>P.O. Box 966<br>Framingham, MA 01701<br>(508) 620-0140 |
| Trustee | Joseph Braunstein, Esq.<br>RIEMER & BRAUNSTEIN<br>3 Center Plaza<br>Boston, MA 02108 |
| U.S. Trustee | J. Christopher Marshall<br>1101 Thomas P. O'Neill, Jr. Federal Building<br>10 Causeway Street<br>Boston, MA 02222 |

Dated: October 27, 2004

ALBERT PATRICK CASIELLO
By his attorney,

_____
Blake J. Godbout, BBO# 196380
**BLAKE J. GODBOUT & ASSOCIATES**
33 Broad Street, 11th Floor
Boston, MA 02109
(617) 523-6677