UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: __ALBERT PATRICK CASIELLO__

BANKRUPTCY APPEAL

CIVIL ACTION NO. 04-12553-RCL

## ORDER

LINDSAY, D. J.

A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal having been filed in the above-entitled action on December 3, 2004,

IT IS HEREBY ORDERED that the Appellant's brief shall be filed on or before __December 21, 2004__ and the Appellee's brief shall be filed on or before __January 5, 2005__. The Appellant may file and serve a reply brief on or before __January 17, 2005__.

Failure of the Appellant to file a brief on the date set forth above will result in the entry of an Order dismissing the appeal. Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for presentation of arguments by the Appellee.

By the Court,

December 6, 2004
Date

*[signature]*
Deputy Clerk