UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**DAVID STONE and BRISCO BALING CORP.**
    Plaintiff-Appellant

V.                                    CIVIL ACTION NO. **04-12553-RCL**

**ALBERT PATRICK CASIELLO**
    Defendant-Appellees


Lindsay, D.J.

## ORDER OF REMAND

In accordance with the Memorandum and Order dated **July 22, 2005** dismissing the appeal; it is hereby ORDERED:

The case is REMANDED to the Bankruptcy Court for determination of whether sanctions under Section 1927 are appropriate.

                        By the Court,


                        /s/ Lisa M. Hourihan
                        Deputy Clerk

July 25, 2005